**Order entered November 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01425-CV

### IN RE: THE TEXAN AND LIFESITENEWS.COM, Relators

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-09887**

## ORDER

Before Judges Myers, Molberg and Nowell

Before the Court is relators' November 19, 2019 emergency petition for writ of mandamus and motion for emergency relief.

We request real parties in interest, Anne Georgulas and Jeffrey D. Younger, and respondent file their responses, if any, to the **motion for emergency relief noon on November 21, 2019.** We request real parties in interest, Anne Georgulas and Jeffrey D. Younger, and respondent file their responses, if any, to the emergency petition for writ of mandamus by **noon on November 25, 2019.**

/s/    LANA MYERS
        JUSTICE